No. 11–8038/AF.   In re Lee W. Payton, Jr., Petitioner.   Petitioner's motion to submit a corrected petition is granted.

Thursday, June 23, 2011

No. 11–0554/AR.   U.S. v. Terry D. Rorro.   CCA 20100750.   Review granted on the following issue:

> WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA*, *MILLER*, AND *JONES*.

No. 11–0413/NA.   U.S. v. Anthony P. Ballan.   CCA 201000242.   Appellant's motion for enlargement of time to file a brief granted, ***but only up to and including July 20, 2011, and absent extraordinary circumstances, no further extension of time will be granted in this case.***

Friday, June 24, 2011

